# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RADIANCE ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00508-PRW |
| ) | |
| MUSCOGEE CREEK NATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On June 3, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 5) in this action, in which she recommends that the Court deny Plaintiff Radiance Robertson's motion for leave to proceed in forma pauperis (Dkt. 2). Judge Mitchell advised Robertson of her right to object to the Report and Recommendation by June 24, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Robertson has filed no objections. She has therefore waived her right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 5) in full, **DENIES** Robertson's motion for leave to proceed in forma pauperis (Dkt. 2), and **ORDERS** Robertson to pay the full $405.00 filing fee on or before July 30, 2025. The Court cautions Robertson that "[f]ailure to pay the filing fees by the date specified, to seek

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

1

a timely extension within which to make the payment, or to show cause in writing by the date specified for payment shall be cause for dismissal of the action without prejudice to refiling."[2]

**IT IS SO ORDERED** this 9th day of July 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *See* LCvR3.3(e).